FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 2 0 2018 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Case No. 18 cv 6328

\----------------------------------------------------------------------X

**YAMILSE GONZALEZ,**

**Plaintiff,**

**VERIFIED ANSWER**

-against-

**MARIA LILIANA MONTOYA,**

**Defendant.**

\----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Defendant, Maria Liliana Montoya, pro se, as and for her Answer to the complaint, answer as follows:

1.    Defendant denies the allegations in the Complaint, in paragraphs:.2, 4, 13, 14, 15, 17, 18, 20, 22, 24, 27-31, 33, 34, 37-39, 41-46, 49, 51, 52, 55-57, 63-65, 67-70, 72-75, and 78-82 ;

2.    Defendant(s) lacks knowledge or information sufficient to form a belief as to paragraphs: 3-5, 8-11, 23, 36, 48, 50, 54, 59-62, and 77;

3.    Defendant(s)s admits in part and denies in part, the allegations contained in paragraphs: **1** (admits only that plaintiff accepted a position with defendant to provide care for her son with a disability.); **6** (admits only that plaintiff is an adult); **7** (admits only that plaintiff is an adult); **16** (admits only that Ms Gonzalez cooked meals); **19** (admits only that defendant advised plaintiff she made too many mistakes); **21**(admits only that plaintiff was paid $500.00 weekly); **25** (admits only that plaintiff was allowed to leave the apartment); **26** (admits only that plaintive was permitted to leave the apartment to accompany defendant's child); and **32** (admits only that plaintiff left the apartment and did not return).

4.    Defendant(s)s admits the allegation in paragraph 12.

**FIRST AFFIRMATIVE DEFENSE**

5.    The Court lacks subject matter jurisdiction over the defendant.

## SECOND AFFIRMATIVE DEFENSE

6.     The Court lacks personal jurisdiction over the defendant.

### THIRD AFFIRMATIVE DEFENSE

7.     Defendant, hired plaintiff on June 8, 2017 to start on June 9, 2017. The agreement was for plaintiff to be paid $500.00 a week, plus room, board and food. Except for the week of June 9, 2018, in which she was being trained by plaintiff, she was paid $500.00 a week. (Annexed as **Exhibit A** are copies of receipts of payment from June 9, 2018 to August 27, 2018).

### FOURTH AFFIRMATIVET DEFENSE

8.     Plaintiff's usual hours of employment was from 10 p.m. to 1 a.m.. From 1 a.m. to 6 a.m., she would sleep in the child's room, in case she was needed. At 7 a.m. plaintiff, as part of her employment, would prepare breakfast for the child, during school hours, in June. From 7:30 a.m. to 3:00 p.m. plaintiff had personal time. Plaintiff worked 6 days a week, Monday through Saturday; with Sunday her personal day.

### FIFTH AFFIRMATIVE DEFENSE

9.     Plaintiff, unfortunately, was woefully deficient and neglectful in her duties, as they pertained to defendant's child. On several occasions, and June, while defendant's child was in school, plaintiff sent him to school without administering to him, his medication. This resulted in the school having to administer the child's insulin, during school hours. (Annexed as **Exhibit B** is a note from the school nurse, Ashley Thomas**).**

10.     Defendant terminated plaintiff's employment at the end of August 2017, for cause.

11.     Plaintiff advised defendant, that she had nowhere to go, because she came here on a work visa. Plaintiff asked of defendant, if she can stay in the apartment, until she found another place to live. It was at this point, that the parties agree that plaintiff could stay in the apartment, and pay defendant weekly rent, of $400.00.

12.     Plaintiff left at the end of September 2017. Unfortunately, plaintiff never paid defendant be agreed-upon rent money.

## SIXTH AFFIRMATIVE DEFENSE

13.     Plaintiff received her last payment on August 27, 2017, in the amount of $500.00.
**(Exhibit A)**

14.     Plaintiff acquiesced by accepting defendant's offer to stay in apartment after Plaintiff
employment was terminated.

## SEVENTH AFFIRMATIVET DEFENSE

15.     Plaintiff lived in a luxurious and clean apartment during her time working for defendant,
in 2017. **(**Annexed as  **Exhibit C**  are photos of defendant's apartment**).**

16.     Contrary to the claims of plaintiff, she had plenty of time to enjoy the outdoors, while
employed by  defendant.  **(Annexed as  Exhibit D** are  photos of plainriff **).**

## EIGHTH AFFIRMATIVET DEFENSE

17.     The Plaintiff's action is barred by the doctrine of unclean hands as a result of, *inter
alia*, the actions of Plaintiff, in her fraudulent misrepresentations and promises to defendant,
Maria Liliana Montoya.

     **WHEREFORE,** the Defendant respectfully request that Plaintiff take nothing by this
proceeding, and the Complaint be dismissed, and for such other and further relief as the Court
deems just and proper.

## DEMAND FOR JURY TRIAL

     Defendant's hereby demand a trial by jury of all issues so triable.

Dated:  Queens, NewYork
        December    , 2018              *Marcia Montoya*
                                        Maria Liliana Montoya, pro se

TO:     Urban Justice Law Center
        123 William Street, 16th fl.
        New York, N.Y. 10038
Attn.   S. Tito Sinha

# VERIFICATION

Maria Liliana Montoya, pro se, being duly sworn, deposes and says:

I have read the forgoing Verified Answer and know the contents are true to my own knowledge except as to those matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

_Maria Montoya_

Maria Liliana Montoya, pro se

Sworn to before me this

17 day of December 2018

**NOTARY**

**Virginia Ivanova**
**Notary Public, State of New York**
**No. 02IV6088287**
**Qualified in Queens County**
**Commission Expires 03/03/20 19**

**CERTIFICATE OF SERVICE**

I, Maria L. Montoya , hereby certify that I mailed a copy of my answer via first class mail to:

URBAN JUSTICE CENTER
S. TITO SINHA
URBAN JUSTICE CENTER
123 William Street, 16th Floor
New York NY 10038

And

Nicolas W. tapert
Super Law Group, LLC
180 Madison Lane, Suite 603
New York NY 10038

This 12th day of December, 2018

Respectfully submitted,

*Maria Montoya*

Maria L. Montoya
112-45 39th Street Apt 3H
Corona New York 11368



## Receipt 1

RECEIPT

NO. _____

RECEIVED FROM Namise Gonzales

quinientos Dolares — DOLLARS

For Cuidado del niño y oficio en casa

06-25-20 17

$ 500 00

FOR RENT ☐
FOR ☒

CASH ☒
CHECK ☐
MONEY ORDER ☐

ACCOUNT
PAYMENT
BAL. DUE

TO _____
FROM _____
BY Maria Myera Montoya

## Receipt 2

RECEIPT

NO. _____

RECEIVED FROM Namise Gonzales

quinientos Dolares — DOLLARS

For Cuidado del niño y oficio en casa

06-18- 2017

$ 500 00

FOR RENT ☐
FOR ☒

CASH ☒
CHECK ☐
MONEY ORDER ☐

ACCOUNT
PAYMENT
BAL. DUE

TO _____
FROM _____
BY Maria Myera Montoya

## Receipt 3

RECEIPT

NO. _____

RECEIVED FROM Namise Gonzales

treCientos Dolares — DOLLARS

For Cuidado del niño y oficio en casa

06-11- 2017

$ 300 00

FOR RENT ☐
FOR ☒

CASH ☒
CHECK ☐

ACCOUNT
PAYMENT

TO _____
FROM _____
BY Maria Myera Montoya

A

**RECEIPT**

NO. _____    07-16  20 17

RECEIVED FROM llamilse Gonzales    $ 500 00

quinientos, Dolares    DOLLARS

☐ FOR RENT
☒ FOR    cuidado del niño y- oficio en casa

| ACCOUNT | | | ☒ CASH | FROM _____ TO _____ |
| PAYMENT | | | ☐ CHECK | |
| BAL. DUE | | | ☐ MONEY ORDER | BY Maria Liliana Montoya |

**RECEIPT**

NO. _____    07-09  20 17

RECEIVED FROM llamilse Gonzales    $ 500 00

quinientos Dolares    DOLLARS

☐ FOR RENT
☒ FOR    cuidado del niño y- oficio en casa

| ACCOUNT | | | ☒ CASH | FROM _____ TO _____ |
| PAYMENT | | | ☐ CHECK | |
| BAL. DUE | | | ☐ MONEY ORDER | BY Maria Liliana Montoya |

**RECEIPT**

NO. _____    07-02  20 17

RECEIVED FROM llamilse Gonzales    $ 500 00

quinientos Dolares    DOLLARS

☐ FOR RENT
☒ FOR    cuidado del niño y- oficio en casa

| ACCOUNT | | | ☒ CASH | FROM _____ TO _____ |
| PAYMENT | | | ☐ CHECK | |
| BAL. DUE | | | ☐ MONEY ORDER | BY Maria Liliana Montoya |

## RECEIPT

NO. _____                          08-06- 20 17

RECEIVED FROM  llamilse Gonzales          $ 500

quinientos Dolares _____ DOLLARS

☐ FOR RENT
☒ FOR        cuidado del niño y oficio en casa

| ACCOUNT |  |  | ☒ CASH | FROM _____ TO _____ |
| PAYMENT |  |  | ☐ CHECK |  |
| BAL. DUE |  |  | ☐ MONEY ORDER | BY  Maria Liliana Montoya |

## RECEIPT

NO. _____                          07-30  20 17

RECEIVED FROM  llamilse Gonzales          $ 500 00

quinientos Dolares _____ DOLLARS

☐ FOR RENT
☒ FOR        cuidado del niño y oficio en casa

| ACCOUNT |  |  | ☒ CASH | FROM _____ TO _____ |
| PAYMENT |  |  | ☐ CHECK |  |
| BAL. DUE |  |  | ☐ MONEY ORDER | BY  Maria Liliana Montoya |

## RECEIPT

NO. _____                          07-23- 20 17

RECEIVED FROM  llamilse Gonzales          $ 500 00

quinientos Dolares _____ DOLLARS

☐ FOR RENT
☒ FOR        cuidado del niño y oficio en casa

| ACCOUNT |  |  | ☒ CASH | FROM _____ TO _____ |
| PAYMENT |  |  | ☐ CHECK |  |

**Receipt 1**

RECEIPT

NO.

RECEIVED FROM llamilse Gonzales

quinientos Dolares — DOLLARS

FOR cuidado del niño y. oficio en casa

08-27 20 17

$ 500 00

FOR RENT
FOR ☒
CASH ☐   CHECK ☐   MONEY ORDER ☐
ACCOUNT
PAYMENT
BAL. DUE
FROM
TO
BY Maria Liliana Montoya

**Receipt 2**

RECEIPT

NO.

RECEIVED FROM llamilse Gonzales

quinientos Dolares — DOLLARS

FOR Cuidado del niño y- oficio en casa

08-20 20 17

$ 500 00

FOR RENT
FOR ☐
CASH ☒   CHECK ☐   MONEY ORDER ☐
ACCOUNT
PAYMENT
BAL. DUE
FROM
TO
BY Maria Liliana Montoya

**Receipt 3**

RECEIPT

NO.

RECEIVED FROM llamilse Gonzales

quinientos Dolares — DOLLARS

FOR Cuidado del niño y. oficio en casa

08-13 20 17

$ 500 00

FOR RENT
FOR ☒
CASH ☒   CHECK
FROM
TO

A



To whom it may concern,

This is a letter from the school nurse, Ashley Thomas. I was not there at the time of the incident but I pulled up school records from that time. On June 14, 2017,  A.F initially came at 10:34Am-10:50Am for water then returned to class. Later at 12:30PM-12:41PM, he was given 3 units of insulin. Mom came on 11/30/18 to state that on this day "Mom was at work, Angel was with the babysitter and the babysitter sent him to school without giving him his insulin in the morning".

If you have any questions, my number is 718-760-3233.

Sincerely,

Ashley Thomas, Public Health Nurse



























