UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

YAMILSE GONZALEZ,

                Plaintiff,

       v.                                18-CV-6328

MARIA LILIANA MONTOYA,

                Defendant.

---------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, through undersigned counsel, that the action, and all causes of action that were or could have been asserted therein, be withdrawn, discontinued, and dismissed, with prejudice, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure.

URBAN JUSTICE CENTER

By: _/s/ Tito Sinha_____

Tito Sinha, Esq.
123 William Street, 16th Floor
New York, NY 10038
(646) 459-3037

*Attorney for Plaintiff*

DEFENDANT

By:_____

Maria Liliana Montoya
40-17 Elberson St., Apt. 2C
Elmhurst NY 11372
(914)-208-3789 and (917)-436-8158

*Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

YAMILSE GONZALEZ,

                Plaintiff,

        v.                                    18-CV-6328

MARIA LILIANA MONTOYA,

                Defendant.

---------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, through undersigned counsel, that the action, and all causes of action that were or could have been asserted therein, be withdrawn, discontinued, and dismissed, with prejudice, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure.

URBAN JUSTICE CENTER

By:_____

Tito Sinha, Esq.
123 William Street, 16th Floor
New York, NY 10038
(646) 459-3037

*Attorney for Plaintiff*

DEFENDANT

By: *[signature]* Maria Montoya

Maria Liliana Montoya
40-17 Elberson St., Apt. 2C
Elmhurst NY 11372
(914)-208-3789 and (917)-436-8158

*Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YAMILSE GONZALEZ,

                Plaintiff,

        v.

MARIA LILIANA MONTOYA,

                Defendant.

18-CV-6328

---

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, through undersigned counsel, that the action, and all causes of action that were or could have been asserted therein, be withdrawn, discontinued, and dismissed, with prejudice, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure.

URBAN JUSTICE CENTER
By: _____

Tito Sinha, Esq.
123 William Street, 16th Floor
New York, NY 10038
(646) 459-3037

*Attorney for Plaintiff*

DEFENDANT
By: _____

Maria Liliana Montoya
40-17 Elberson St., Apt. 2C
Elmhurst NY 11372
(914)-208-3789 and (917)-436-8158

*Defendant*